IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROLAND JASON ANTHONY DUCKETT, :

    Petitioner               :

                                :
    vs.                            CIVIL NO. 1:CV-10-2399
                                :

MARY SABOL, Warden;              :
THOMAS DECKER, District Director;
ERIC HOLDER, U. S. Attorney General;  :
    Respondents

*O R D E R*

    AND NOW, this 7th day of February, 2011, upon consideration of the report and recommendation of the magistrate judge (doc. 8), filed January 14, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed as moot.

    3. The Clerk of Court shall close this file.

                                     /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge